UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| FRANCISCO ENRIQUE FLORES SUAREZ <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and THE DRUG ENFORCEMENT ADMINISTRATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No.:1:15-cv-23717 <br><br> **MOTION TO AMEND PLAINTIFF'S NAME** |

    Upon the annexed affirmation of Michael Weinstein, attorney for the Plaintiff, Mr. Francisco Flores Suarez, through counsel, moves this Court to amend the Plaintiff's name to Francisco Enrique Flores Suarez.

Respectfully Submitted,

Michael Andrew Weinstein
Counsel for Francisco Flores Suarez
Mweinstein@corderoassociates.com
Appearing *Pro Hac Vice*
Cordero & Associates
200 South Biscayne Boulevard, Suite 4650
Miami, Florida 33131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRANCISCO ENRIQUE FLORES SUAREZ ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, and ) THE DRUG ENFORCEMENT ) ADMINISTRATION ) ) Defendants. ) ) | Civil Case No.:1:15-cv-23717 **ATTORNEY AFFIRMATION IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND PLAINTIFF'S NAME** |

Michael Andrew Weinstein, an attorney licensed to practice law in the State of New York, and practicing pursuant to an order to appear *Pro Hac Vice* in the instant proceedings, hereby affirms under penalty of perjury that the following statements are true based upon personal knowledge and information and belief:

Procedural History

1. The undersigned, along with Luis Cordero, represent Mr. Francisco Flores Suarez, the Plaintiff in the above-captioned matter.

2. On October 6, 2015, Plaintiff's counsel filed a complaint with the Southern District of Florida, civil case 1:15-cv-23717, praying for the return of the Plaintiff's aircraft, a Beechcraft Super King Air 300 (the "Airplane"), seized by the Drug Enforcement Administration ("DEA"). The Court issued summonses on October 7, 2015. On October 8, 2015, Defendants were served pursuant to Federal Rule of Civil Procedure 4(i)(2).

3. The undersigned filed a motion to appear *Pro Hac Vice* on October 6, 2015, which was endorsed by the Honorable Judge Darrin Gayles on October 8, 2015.

Mr. Flores Suarez's Middle Name Was Incorrect in the Complaint

4. In the complaint, the Plaintiff's name is listed as "Francisco Eduardo Flores Suarez." Mr. Flores Suarez's middle is not Eduardo, but in fact Enrique.

5. Counsel recognizes that this change is offered nearly two months after the filing of the complaint. However, in light of on-going settlement negotiations counsel did not file a motion to change Mr. Flores Suarez's middle name. Counsel is separately filing an Agreed Motion requesting that the Defendants receive an extension of time to file their responsive

pleading to the complaint. That motion has Plaintiff's corrected middle name. Therefore, prior to filing the Agreed Motion, counsel moves this Court to amend the Plaintiff's name from Francisco Eduardo Flores Suarez to Francisco Enrique Flores Suarez.

Wherefore, it is respectfully requested that the Court grant the relief requested herein.

Dated: November 30, 2015
Miami, Florida

_____
Michael Andrew Weinstein
Counsel for Francisco Flores Suarez
Mweinstein@corderoassociates.com
Appearing *Pro Hac Vice*
Cordero & Associates
200 South Biscayne Boulevard, Suite 4650
Miami, Florida 33131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Amend Plaintiff's Name, was served by Certified Mail, on November 30, 2015, on all counsel or parties of record on the service list.

_____
Michael Andrew Weinstein
Counsel for Francisco Flores Suarez
Mweinstein@corderoassociates.com
Appearing *Pro Hac Vice*
Cordero & Associates
200 South Biscayne Boulevard, Suite 4650
Miami, Florida 33131

Case No.: 1:15-cv-23717

## SERVICE LIST

<u>The Drug Enforcement Administration</u>

John Cipriani
The Drug Enforcement Administration
Headquarters
600-700 Army-Navy Drive
Arlington, VA 22202

<u>Attorney for the United States</u>

William Beckerleg
United States Attorney's Office
99 NE 4th Street
Miami, Fl. 33132
Miami Main Phone: (305) 961-9001
Miami Fax Line: (305) 530-7679
Attorney for Plaintiff