UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-CV-23717-GAYLES

Francisco Enrique
FLORES SUAREZ,

       Plaintiff

vs.

UNITED STATES OF AMERICA and
THE DRUG ENFORCEMENT
ADMINISTRATION,

       Defendants.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Undersigned counsel, pursuant to Local Rule 11.1(d)(4), gives Notice of Substitution of Counsel on behalf of the Plaintiff, Francisco Enrique Flores Suarez, in the present matter and in support thereof states the following:

1. Previous counsel of record, Michael A. Weinstein, Esq., was admitted by this Court *pro hac vice* to represent the Plaintiff in the present matter on behalf of Cordero & Associates, P.A. ("the Firm")

2. Mr. Weinstein, Esq. is no longer employed with the Firm as of March 2016.

3. Plaintiff wishes to retain the services of the Firm to represent him in the pending matter.

4. The Firm has assigned responsibility of this case to Raquel L. Trujillo, Esq. and wishes to substitute her as counsel of record in the present matter.

5. Raquel L. Trujillo, Esq. is duly licensed to practice before this honorable Court.

1

WHEREFORE, the undersigned respectfully requests that this Court enter an Order relieving Michael Weinstein, Esq. from any further responsibility with respect to representation of the Plaintiff.

Dated: 4/19/2016

Respectfully submitted,

_____
Raquel L. Trujillo, Esq.
FL Bar No.: 91680
rtrujillo@corderoassociates.com

Cordero & Associates, P.A.
200 S. Biscayne Blvd., Ste. 4650
Miami, FL 33131
T: (305) 777-2677
F: (305) 777-2670
*Attorneys for Plaintiff,*
*Francisco Enrique Flores Suarez*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by Raquel L. Trujillo, Esq. via certified mail and e-mail on April 20, 2016 on all parties of record on the Service List below.

*/s/ Raquel L. Trujillo*
_____
Raquel L. Trujillo, Esq.
FL Bar No.: 91680
rtrujillo@corderoassociates.com

Cordero & Associates, P.A.
200 S. Biscayne Blvd., Ste. 4650
Miami, FL 33131
T: (305) 777-2677
F: (305) 777-2670
*Attorneys for Plaintiff,*
*Francisco Enrique Flores Suarez*

## SERVICE LIST

**William H. Beckerleg, Jr.**
William.h.beckerleg@usdoj.gov
United States Attorney's Office
500 E Broward Blvd.
7th Floor
Fort Lauderdale, FL 33301
T: (954) 356-7314 Ext. 3614
F: (954) 356-7180
*Attorney for Defendant,*
*United States of America*

**Merri Hankins**
Drug Enforcement Administration
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, VA 22152
*Attorney for Defendant,*
*Drug Enforcement Administration*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-CV-23717-GAYLES

Francisco Enrique
**FLORES SUAREZ,**

        Plaintiff

vs.

**UNITED STATES OF AMERICA** and
**THE DRUG ENFORCEMENT ADMINISTRATION,**

        Defendants.

_____/

## ORDER ON SUBSTITUTION OF COUNSEL

**THIS CAUSE** comes before the Court upon the Notice of Substitution of Counsel, which requests that Plaintiff's counsel of record, Michael Weinstein, be substituted for Raquel L. Trujillo, on behalf of the firm Cordero & Associates, P.A.

**ORDERED AND ADJUDGED** that substitution of counsel be **GRANTED** as follows:

1. Raquel L. Trujillo, Esq. is substituted as lead counsel of record for Plaintiff, Francisco Enrique Flores Suarez

2. Michael Weinstein, Esq. is relieved of any further responsibility in this cause.

3. Michael Weinstein's *pro hac vice* appearance before this Court on behalf of the Plaintiff is hereby terminated.

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of _____, 2016.

                                                    _____
                                                    DARRIN P. GAYLES
                                                    UNITED STATES DISTRICT JUDGE