UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-CV-23717-GAYLES

**Francisco Enrique
FLORES SUAREZ,**

      Plaintiff

  vs.

**UNITED STATES OF AMERICA** and
**THE DRUG ENFORCEMENT
ADMINISTRATION,**

      Defendants.
_____/

### NOTICE OF DISMISSAL

WHEREAS, Plaintiff, Francisco Enrique Flores Suarez, files this Notice of Voluntary Dismissal of the present action and states the following in support thereof:

1. Plaintiff wishes to voluntarily dismiss the present action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. All matters in the present action have been satisfactorily resolved between the parties.

3. All parties shall bear their own attorneys fees and costs.

IT IS HEREBY NOTICED, pursuant to the terms of Fed. R. Civ. P. 41(a), this action shall be, and is, DISMISSED, and that all parties in this action shall bear their own attorneys fees and costs.

Dated: June 9, 2016

Respectfully submitted,

/s/ Raquel L Trujillo
**Raquel L. Trujillo, Esq.**
FL Bar No.: 91680
rtrujillo@corderoassociates.com

Cordero & Associates, P.A.
200 S. Biscayne Blvd., Ste. 4650
Miami, FL 33131
T: (305) 777-2677
F: (305) 777-2670
*Attorney for Plaintiff,*
*Francisco Enrique Flores Suarez*

**CERTIFICATE OF SERVICE**

      **I hereby certify** that a true and correct copy of the foregoing was served by Raquel L. Trujillo, Esq. via CM/ECF Service on June 9, 2016 on all parties of record on the Service List below.


/s/ Raquel L Trujillo
**Raquel L. Trujillo, Esq.**
FL Bar No.: 91680
rtrujillo@corderoassociates.com

Cordero & Associates, P.A.
200 S. Biscayne Blvd., Ste. 4650
Miami, FL 33131
T: (305) 777-2677
F: (305) 777-2670
*Attorneys for Plaintiff,*
*Francisco Enrique Flores Suarez*

**SERVICE LIST**

| | |
|---|---|
| **William H. Beckerleg, Jr.** | **Merri Hankins** |
| William.h.beckerleg@usdoj.gov | Drug Enforcement Administration |
| United States Attorney's Office | Asset Forfeiture Section |
| 500 E Broward Blvd. | 8701 Morrissette Drive |
| 7th Floor | Springfield, VA 22152 |
| Fort Lauderdale, FL 33301 | *Attorney for Defendant,* |
| T: (954) 356-7314 Ext. 3614 | *Drug Enforcement Administration* |
| F: (954) 356-7180 | |
| *Attorney for Defendant,* | |
| *United States of America* | |